THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FREDDIE ANN JACKSON,            )
                                )
                 Plaintiff,     )
                                )
        v.                      )       No. CIV-08-335-FHS
                                )
MICHAEL J. ASTRUE,              )
Commissioner Social Security    )
Administration,                 )
                                )
                 Defendant.     )

### ORDER

On September 15, 2009, the United States Magistrate Judge for this District filed Findings and Recommendations in this case affirming the decision of the ALJ. On September 28, 2009, plaintiff, appearing *pro se* filed an objection.

This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **sustained**.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 30th day of September, 2009.

Frank H. Seay  
United States District Judge